UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LEE MITCHELL, JR., <br><br> Petitioner, <br> v. <br> DONALD J. TRUMP, et al., <br><br> Respondents. | Case No. 3:21-cv-00086-HDM-CLB <br><br> ORDER |

Robert Lee Mitchell, Jr. has submitted what he has styled as a *pro se* petition for illegal sentence. His application to proceed *in forma pauperis* is granted. The court has reviewed the petition pursuant to Habeas Rule 4 and finds that it must be dismissed for failure to state a claim cognizable in federal habeas corpus.

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).  Alleged errors in the interpretation or application of state law do not warrant habeas relief. *Hubbart v. Knapp*, 379 F.3d 773, 779-80 (9th Cir. 2004).

Here, Mitchell claims he is entitled to immediate release. The basis of this claim is unclear; he states only that "the Nevada Department of Corrections has a 99-year lease to occupy lands, which does not convert the land to state jurisdiction. . . . the NRS statutes are not really positive true law." (ECF No. 1).  These are frivolous allegations that do not state a claim for which federal habeas corpus relief may be granted. The court further notes that, while Mitchell names the President of the United States and the

1

Secretary of the Interior as respondents, the proper respondent for a § 2254 habeas corpus petition is the state official who has custody of the petitioner (generally the warden of the institution where petitioner is held). Rule 2(b) of the Rules Governing Section 2254 Cases.  In any event, this petition is dismissed for failure to state a claim cognizable in federal habeas corpus.

The court will not issue a certificate of appealability, as reasonable jurists would not debate the dismissal of this petition.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed in forma pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition is dismissed for failure to state a claim cognizable in federal habeas corpus.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 7 April 2021.

_____
HOWARD D. MCKIBBEN
UITED STATES DISTRICT JUDGE